# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158309(11)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner,

v

                                     SC: 158309
                                     ADB: 15-000049-GA

ANDREW LEO SHIRVELL,
      Respondent.
_____/

      Upon de novo review by the entire Court in accordance with MCR 2.003(D)(2)(b), the Court orders that respondent's motion to disqualify Justice Elizabeth T. Clement from participating in the decision of this case is DENIED for the reason that respondent has not alleged facts establishing an appearance of impropriety or a serious risk of actual bias from her participation in the case.  MCR 2.003(C)(1)(b).

      CLEMENT, J., did not participate in the decision on this disqualification motion.

      CAVANAGH, J., did not participate due to her prior service as a member of the Attorney Grievance Commission.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk